# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                           **CRIMINAL ACTION NO. 4:09CR66-P-S**

**TYPHRON ARMSTRONG,**
**STACY BROWN,**
**EVELYN JACKSON,**
**JAMES HENRY TURNER, III,**
**SHANISHA WILLIAMS, and**
**KELLY YOUNG,**                                               **DEFENDANTS.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant Typhron Armstrong's April 7, 2010 motion to continue trial [119]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for April 26, 2010. Defense counsel requests a continuance to accommodate a recently negotiated resolution to this matter as to all parties.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(7)(A), the period of delay from April 26, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The time is also excludable as to Defendant Armstrong's co-defendants pursuant to 18 U.S.C. section 3161(h)(6) because the period of delay is reasonable and no motions for severance have been

granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant Typhron Armstrong's April 7, 2010 motion to continue trial [119] is **GRANTED**;

(2) Trial of this matter is continued **as to all defendants** until Monday, July 26, 2010 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from April 26, 2010 to July 26, 2010 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is July 6, 2010; and

(5) The deadline for submitting a plea agreement is July 13, 2010.

**SO ORDERED** this the 9th day of April, A.D., 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE